# U.S. Bankruptcy Court
## District of Massachusetts

In Re:                                                       Case No: 11-42588HJB
                                                                Chapter 7

David Paul Cullen,
Kathleen Ann Cullen

          Debtors

## Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 8/19/2011, the Debtor having failed to file all the required documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: September 9, 2011

_____
Bankruptcy Judge

c:     Debtor
       Debtor's counsel
       Trustee